1  LAWRENCE M. HADLEY - State Bar No. 157728
   lhadley@glaserweil.com
2  GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
3  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
4  Telephone: (310) 553-3000
   Facsimile: (310) 556-2920
5
6  *Attorneys for Plaintiff*
   *SUPERHUMAN INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SUPERHUMAN INC., | CASE NO.: 2:24-cv-09589-AB-AGR |
|---|---|
| Plaintiff, | Hon. Andre Birotte Jr. |
| v. | **APPLICATION OF PLAINTIFF SUPERHUMAN INC.'S MOTION FOR:** |
| THERMOLIFE INTERNATIONAL, LLC, | |
| Defendant. | **A TEMPORARY RESTRAINING ORDER** |
| | **AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| | [Application for Temporary Restraining Order, Application for Order to Show Cause re Preliminary Injunction; Memorandum of Points and Authorities; Declarations of Jeff S. Volek, Tristan Stent, and Robert Leighton; and, Proposed Order filed concurrently herewith] |
| | Hearing Date:<br>Hearing Time:<br>Courtroom: 7B |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiff Superhuman, Inc. ("Superhuman") will and hereby does apply to the Court for a Temporary Restraining Order. Superhuman further applies for an Order to Show Cause as to Why a Preliminary Injunction Should Not Issue (collectively, the "Application"). This Application is made pursuant to Fed. R. Civ. P. 65 and Local Rule 65-1 against Defendant Thermolife International, LLC ("Defendant") and seeks an Order:

1. Restraining and enjoining Defendant, its agents, servants, employees and attorneys, and all those in active concert or participation with it, pending the entry of final judgment in this action, from sending or otherwise communicating any takedown or infringement notices to any online platform or marketplace provider, customers, or service providers with respect to Superhuman's supplement products (including but not limited to Amazon). Such supplements include Superhuman's "Superhuman Pre" and "Superhuman Extreme Pre" workout formulas.

2. Requiring Defendant, pending resolution of this action, to withdraw and retract the Takedown Notice previous sent to Amazon regarding Superhuman's dietary workout supplements, including Superhuman's "Superhuman Pre" and "Superhuman Extreme Pre" workout formulas.

3. Requiring Defendant to cease and desist from taking any other action that interferes with Superhuman's sale of the Accused Products.

This Application is made on the grounds that immediate and irreparable injury will result to Superhuman unless and until the activities described above are enjoined and complied with pending trial of this action, that Superhuman has no adequate remedy at law, the balance of equities highly favors Superhuman, and maintaining the status quo creates no prejudice or other harm to Defendant.

Pursuant to Local Rule 65-1, Plaintiff is providing notice of this Application because it seeks an order to show cause as to why a preliminary injunction should not

issue. Plaintiff will provide proof of service demonstrating Defendant has been notified as required by Fed. R. Civ. P. 65(a).

This Application is not subject to the conference of counsel requirements under Local Rule 7-3. However, as explained in the accompanying memorandum, Superhuman previously sought the same relief in the Southern District of Florida and, in response, Defendant opposed that relief and also moved to dismiss the Florida action based on a lack of personal jurisdiction. Accordingly, rather than engage in litigation over jurisdiction, Superhuman dismissed the Florida action and filed the instant action where Defendant resides.

Defendant has been provided with notice of dismissal of the Florida action, and with a copy of the complaint and summons in this action, and served with a copy of this Application and the accompanying memorandum and related documents. Pursuant to Local Rule 7-19, on November 8, 2024, counsel for Superhuman had a call with counsel for Thermolife during which Superhuman informed Thermolife that it would be proceeding with this matter and its requested injunctive relief before this Court, and while Thermolife agreed to accept service of process of the Complaint, that acceptance was without waiver of its expressed opposition to Superhuman's filings, including all of the relief sought therein. The name, address and telephone number of counsel for Thermolife is set forth in the certificate of service attached hereto.

This Application is based on this notice, the concurrently filed memorandum of points and authorities, the declarations of Jeff S. Volek, Tristan Stent, and Robert Leighton, all matters upon which this Court may be requested to take judicial notice, and upon such other matters, whether written or oral, as may be presented to the Court at or prior to any hearing on this Application.

DATED: November 11, 2024

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: /s/ Lawrence M. Hadley
    LAWRENCE M. HADLEY

Attorneys for Plaintiff
SUPERHUMAN INC.

Of Counsel:
A. Colin Wexler
(*Pro Hac Vice* To Be Requested)
Robert D. Leighton
(*Pro Hac Vice* To Be Requested)
Paul J. Sauerteig
(*Pro Hac Vice* To Be Requested)
GOLDBERG KOHN, LTD.
55 E. Monroe, Suite 3300
Chicago, IL 60622
312-201-4000

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of: Notice and Application for Temporary Restraining Order and Application for Order to Show Cause re Preliminary Injunction; Memorandum of Points and Authorities in support thereof; Declarations of Jeff S. Volek, Tristan Stent, and Robert Leighton in support thereof; and [Proposed] Order have been served on counsel of record for all parties via email on this 11th day of November, 2024 as follows:

>Thermolife International, LLC
>Ron Kramer, Registered Agent
>1334 E Chandler Blvd #5 - D76
>Phoenix, AZ 85048
>ron@thermolife.com
>
>Devlin Law Firm LLC
>1526 Gilpin Ave.
>Wilmington, DE  19806
>Derek Dahlgren
>ddahlgren@devlinlawfirm.com
>Timothy Devlin
>tdevlin@devlinlawfirm.com
>Robert Gajarsa
>rgajarsa@devlinlawfirm.com
>Andrew DeMarco
>ademarco@devlinlawfirm.com
>
>*Attorneys for Defendant*

>    /s/ Lawrence M. Hadley
>    Lawrence M. Hadley